# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PAUL MOON                                                                                                    PLAINTIFF

v.                                            No. 4:08CV00527 JLH

OZARK HEALTH, INC.                                                                                  DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Ozark Health, Inc., on the claims of Paul Moon under the Fair Labor Standards Act and the Employee Retirement Income Security Act. Paul Moon's claims that arise under the laws of the State of Arkansas are dismissed without prejudice.

IT IS SO ORDERED this 20th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE